

# Fourth Court of Appeals
## San Antonio, Texas

September 29, 2014

No. 04-14-00566-CR

**IN RE** Joe L. **MARTINEZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:       Catherine Stone, Chief Justice
                 Patricia O. Alvarez, Justice
                 Luz Elena D. Chapa, Justice

On August 8, 2014, relator filed a pro se petition for writ of mandamus. The court issued an opinion denying the petition on September 3, 2014. On September 17, 2014, relator filed a supplement to his petition for writ of mandamus. The court has considered relator's supplemental petition and is of the opinion that relator is not entitled to the relief sought. *See* TEX. R. APP. P. 52.7(a) ("Relator must file with the petition [ ] a certified or sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding"); *see also* TEX. R. APP. P. 52.3(k)(1)(A); *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992) (orig. proceeding). Accordingly, relator's supplemental petition for writ of mandamus is also DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on September 29th, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of September, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2011CR6926, styled *The State of Texas v. Joe L. Martinez*, pending in the 437th Judicial District Court, Bexar County, Texas, the Honorable Lori I. Valenzuela presiding.